# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA ALELE,<br><br>    Plaintiff<br><br>v.<br><br>GEICO GENERAL INSURANCE COMPANY, an entity duly authorized to conduct business in the State of Nevada; DOE DRIVERS I-V; DOE OWNERS I ¬V; ROE EMPLOYERS I-V; ROE CORPORATIONS I-V, inclusive, jointly and severally,<br><br>    Defendants | Case No.: 2:18-cv-01757-APG-CWH<br><br>**ORDER DEEMING ORDER TO SHOW CAUSE SATISFIED** |

In light of defendant GEICO General Insurance Company's response (ECF No. 11),

IT IS ORDERED that the order to show cause (ECF No. 5) is deemed satisfied and I will not remand this action for lack of subject matter jurisdiction at this time.

Dated: October 1, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE